**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

**KESHIA Y. DOUGLAS**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj375/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** was found guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.34(2) and 18 U.S.C. §§ 7 & 13 | Driving a motor vehicle with knowledge that her license was suspended | 10/1/08 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.  The fine/SMA shall be paid no later than March 18, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 300.00 | $ 0.00 |

Date of Imposition of Sentence - 1/26/09

*Miles Davis* (signature)
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **1-26-2009**